# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:18-CR-00061-RJC-DCK

| | |
|---|---|
| USA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **SAMUEL IBARRA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 18), of the Information, (Doc. No. 13), without prejudice, based on the Defendant's subsequent indictment on related charges, (Case No. 5:18-cr-66).

**IT IS ORDERED** that the Government's motion, (Doc. No. 18), is **GRANTED** and the Information, (Doc. No. 13), is **DISMISSED** without prejudice.

Signed: December 20, 2018

*[signature]*

Robert J. Conrad, Jr.
United States District Judge